1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY SCOTT VAN HUISEN,            No.  2:23-cv-1180 DB P

12              Petitioner,

13        v.                               ORDER

14    COUNTY OF ALAMEDA,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

19        The application attacks a conviction issued by the Superior Court of Alameda.  (ECF No.

20    1 at 1.)  While both this court and the United States District Court in the district where petitioner

21    was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

22    any and all witnesses and evidence necessary for the resolution of petitioner's application are

23    more readily available in Alameda County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24    ////

25    ////

26    ////

27    ////

28    ////

                                    1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2   1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

3   2. This matter is transferred to the United States District Court for the Northern District of

4   California.

5   Dated:  June 24, 2023

6

7   _____

8   DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12
    DB:12
13  DB/DB Prisoner Inbox/Habeas/R/vanh1180.108

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28